IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES COMMODITY FUTURES TRADING COMMISSION, <br><br> Defendant. | Civil Action No. 13-523 (BAH) |

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Bloomberg L.P. ("Bloomberg") respectfully requests leave from this Court to file under seal portions of the Supplemental Declaration of Benjamin P. Macdonald. *See* Exhibit 1.[*] In support thereof, Plaintiff states as follows:

By a minute order on May 3, 2013, this Court has previously granted Plaintiff's motion for leave to file under seal portions of Benjamin P. Macdonald's initial declaration, as well as portions of its Memorandum of Points and Authorities in Support of Plaintiff's Application for a Preliminary Injunction. On May 31, 2013, this Court entered another minute order permitting Plaintiff to file a supplementary declaration clarifying how the loss estimates contained in the Macdonald Declaration, ECF No. 17-1 (sealed), were calculated. Any explanation of the loss estimates contained in the Macdonald Declaration necessarily requires using this confidential and sealed information, as well as further confidential information. Plaintiff has conferred with

---

[*] Exhibit 1 to this motion is a redacted public version of the Supplemental Declaration of Benjamin P. Macdonald. An unredacted copy of the Supplemental Declaration was sent electronically to the CFTC's counsel on Tuesday, June 4, and hard copies of the unredacted Supplemental Declaration will be served on the CFTC and filed with the Court on Wednesday, June 5. Plaintiff conferred in good faith with Defendant United States Commodity Futures Trading Commission, which does not oppose this procedure.

in good faith with Defendant United States Commodity Futures Trading Commission, which does not oppose the motion.

For these reasons, as well as the reasons stated in Plaintiff's prior Motion for Leave to File Under Seal, ECF No. 14, Plaintiff requests that this Motion for Leave to File Under Seal be granted.[†]

Dated: June 4, 2013

Mario M. Cuomo
(admitted *pro hac vice*)
mcuomo@willkie.com
Thomas H. Golden
(admitted *pro hac vice*)
tgolden@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: 212.728.8260
Facsimile: 212.728.9260

Respectfully submitted,

 /s/ Eugene Scalia
Eugene Scalia, SBN 447524
escalia@gibsondunn.com
Misha Tseytlin, SBN 991031
(admitted *pro hac vice*)
mtseytlin@gibsondunn.com
Alex Gesch, SBN 1012422
(admitted *pro hac vice*)
agesch@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Counsel for Plaintiff*

---

[†] Pursuant to paragraph 2 of the protective order in this case, ECF No. 18, in the event that the Court should deny Plaintiff's motion for leave to file under seal, Bloomberg respectfully requests that all copies of the confidential submission be returned to Bloomberg, without public disclosure, to avoid harm to Bloomberg.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 4th day of June, 2013, I caused the foregoing Motion For Leave to File Under Seal, with a redacted public version of Exhibit 1, to be filed and served via the Court's CM/ECF filing system and will cause the sealed version of Exhibit 1 to be submitted by hand to the Clerk of Court for the United States District Court for the District of Columbia and served on the United States Commodity Futures Trading Commission on July 5, 2013, in accordance with Local Rules 5.1(j) and 5.4(e).

        /s/ Eugene Scalia
        Eugene Scalia